DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

BALI HAI JV, LLC, a Florida limited
liability company,

Petitioner,

v.

CITY OF HOLMES BEACH, FLORIDA,
a municipal corporation,

Respondent.

No. 2D23-1277

———————————————

December 1, 2023

Petition for Writ of Certiorari to the Circuit Court for the Twelfth Judicial Circuit for Manatee County; sitting in its appellate capacity.

Michelle A. Grantham and Louis J. Najmy, of Najmy Thompson, P.L., Bradenton, for Petitioner.

Randy D. Mora of Trask Daigneault, LLP, Clearwater, for Respondent.


PER CURIAM.

    Denied.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.